AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| California, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-04975 |
| U.S. Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the District of Columbia.

Date:  08/19/2019                                             /s/ Valerie M. Nannery
                                                                            *Attorney's signature*

                                                                 Valerie M. Nannery, Cal. Bar #227394
                                                                       *Printed name and bar number*

                                                                 Office of the Attorney General for the District of Columbia
                                                                 441 4th Street, N.W., Suite 630 South
                                                                 Washington, DC 20001
                                                                                 *Address*

                                                                 valerie.nannery@dc.gov
                                                                          *E-mail address*

                                                                 (202) 442-9596
                                                                      *Telephone number*

                                                                 (202) 730-1465
                                                                         *FAX number*