Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.

Plaintiff(s),

v.

U.S. Dep't of Homeland Security, et al.

Defendant(s).

Case No: 19-4975

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Aimee Diane Thomson, an active member in good standing of the bar of Supreme Court of Penn., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Commonwealth of Pennsylvania in the above-entitled action. My local co-counsel in this case is Anna Rich, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1600 Arch St., Suite 300
Philadelphia, PA 19103

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
1515 Clay St.
Oakland, CA 94612-1499

MY TELEPHONE # OF RECORD:
(267) 940-6696

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(510) 879-0296

MY EMAIL ADDRESS OF RECORD:
athomson@attorneygeneral.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
Anna.Rich@doj.ca.gov

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 326328.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/19/19

Aimee Diane Thomson
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Aimee Diane Thomson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                                    *October 2012*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Aimee Diane Thomson, Esq.

#### DATE OF ADMISSION

*October 25, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  August 2, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk