XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
ANNA RICH, State Bar No. 230195
Deputy Attorneys General
   1515 Clay Street, 20th Floor
   P.O. Box 70550
   Oakland, CA  94612-0550
   Telephone: 510-879-0981
   Fax: 510-622-2270
   E-mail:  Brenda.AyonVerduzco@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** and **STATE OF OREGON,**<br><br>         Plaintiffs,<br><br>   **v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**<br><br>         Defendants. | Case No. 3:19-cv-04975<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

1   The California Attorney General, counsel for Plaintiff State of California, by and Attorney General Xavier Becerra, hereby files this Notice of Appearance to inform the Court of assigned co-counsel for Plaintiff in this proceeding.

Plaintiff hereby notifies the Court that the attorney to be associated as co-counsel of the case is as follows:

> Brenda Ayon Verduzco, Deputy Attorney General
> 1515 Clay Street
> Oakland, CA 94612
> Telephone: (510) 879-0981
> E-mail: Brenda.AyonVerduzco@doj.ca.gov

Dated:  August 19, 2019			Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHEROKEE DM MELTON
Supervising Deputy Attorney General


*/s/ Brenda Ayon Verduzco*
BRENDA AYON VERDUZCO
Deputy Attorney General
*State of California, by and through Attorney General Xavier Becerra*