AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| State of California, et al. <br> *Plaintiff* <br> v. <br> U.S. Department of Homeland Security, et al. <br> *Defendant* | ) ) ) ) ) ) | Case No. 3:19-cv-04975 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California

Date:   08/19/2019

*Attorney's signature*

Lisa Cisneros, 251473
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
*Address*

lisa.cisneros@doj.ca.gov
*E-mail address*

(510) 879-0751
*Telephone number*

(510) 622-2270
*FAX number*