ELLEN F. ROSENBLUM
Attorney General
NICOLE DEFEVER  #030929
Senior Assistant Attorney General
MICHAEL KRON #074328
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Nicole.DeFever@doj.state.or.us
        Michael.C.Kron@doj.state.or.us

*Attorneys for Plaintiff State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** and **STATE OF OREGON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI,** in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>Defendants. | Civil Case No. 3:19-CV-04975<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Administrative Procedure Act Case |

1  Plaintiff State of Oregon hereby gives notice that the Oregon Department of Justice,
2 through Senior Assistant Attorney General Nicole DeFever, hereby appears as counsel on its
3 behalf, and requests that all pleadings and papers, except process, be served upon its counsel as
4 described herein.
5  DATED August  20 , 2019.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General of Oregon

  *s/ Nicole DeFever*
NICOLE DEFEVER
Senior Assistant Attorney General
MICHAEL KRON
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Phone: (971) 673-1880
Fax: (971) 673-5000
Nicole.DeFever@doj.state.or.us
Michael.C.Kron@doj.state.or.us
Of Attorneys for Plaintiff State of Oregon

1