AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of California, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  3:19-cv-04975 |
| U.S. Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California

Date:   08/21/2019

/s/ William H. Downer
*Attorney's signature*

William Downer, 257644
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
1300 I Street, 15th Floor
Sacramento, CA 95814-2550
*Address*

william.downer@doj.ca.gov
*E-mail address*

(916) 210-6120
*Telephone number*

(916) 324-5205
*FAX number*