XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE D.M. MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
REBEKAH A. FRETZ
MARISSA MALOUFF
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
ANNA RICH, State Bar No. 230195
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone: 510-879-0296
  Fax: 510-622-2270
  E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA and STATE OF OREGON,**<br><br>                       Plaintiffs,<br><br>       v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI,** in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**<br><br>                       Defendants. | Case No.  3:19-cv-04975 PJH<br><br>**APPENDIX** |

**DECLARATIONS CITED IN PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Tab Number | Declarant |
|---|---|
| **Experts** | |
| 1 | Declaration of Jennifer Van Hook |
| 2 | Declaration of Ninez Ponce |
| 3 | Declaration of Laurel Lucia |
| 4 | Declaration of Tom K. Wong |
| **State Agencies** | |
| 5 | Declaration of Sarah Neville-Morgan (CA Department of Education) |
| 6 | Declaration of Susan Fanelli (CA Department of Public Health) |
| 7 | Declaration of Charity Dean (CA Department of Public Health) |
| 8 | Declaration of Doug McKeever (Covered California) |
| 9 | Declaration of Kevin Kish (CA Department of Fair Employment and Housing) |
| 10 | Declaration of Mari Cantwell (CA Department of Health Care Services) |
| 11 | Declaration of Alexis Carmen Fernández (CA Department of Social Services) |
| 12 | Declaration of Debbi Thomson (CA Department of Social Services) |
| 13 | Declaration of M. Marcela Ruiz (CA Department of Social Services) |
| 14 | Declaration of Sasha R. Kergan (Wisotsky) (CA Housing and Community Development) |
| 15 | Declaration of Jennifer Hernandez (LWDA) |
| 16 | Declaration of John D. Stobo, M.D. (University of California Office of the President - UC Health) |
| **Non-state Agencies** | |
| 17 | Declaration of Wilma Chan (Alameda County Board Supervisors, Member) |
| 18 | Declaration of Colleen Chawla (Alameda County Healthcare Services Agency) |
| 19 | Declaration of Carmela Coyle (CA Hospital Association) |
| 20 | Declaration of David H. Aizuss (CA Medical Association) |

| Tab Number | Declarant |
|---|---|
| 21 | Declaration of Antonia Jiménez (LA County Department of Public Social Services) |
| 22 | Declaration of Barbara Ferrer (LA County Department of Public Health) |
| 23 | Declaration of Pia Escudero (LA Unified School District) |
| 24 | Declaration of Lori Medina (Monterey County Department of Social Services) |
| 25 | Declaration of Gary Gray (Natividad Medical Center) |
| 26 | Declaration of Jodi Hicks (Planned Parenthood Affiliate of California (PPAC) and California Planned Parenthood Education Fund) |
| **Co-Plaintiff Declarations** | |
| 27 | Declaration of Cathy Buhrig I (PA Department of Human Services - Medicaid) |
| 28 | Declaration of Cathy Buhrig II (PA Department of Human Services – SNAP) |
| 29 | Declaration of Colt Gill (OR Department of Education) |
| 30 | Declaration of Fariborz Pakseresht (OR Department of Human Services) |
| 31 | Declaration of Margaret Solle Salazar (OR Housing and Community Services) |
| 32 | Declaration of Patrick Allen (OR Health Authority) |
| 33 | Declaration of Michelle Probert (ME Department of Health and Human Services – MaineCare Services) |
| 34 | Declaration of Anthony Pelotte (ME Department of Health and Human Services – Office of Family Independence) |
| 35 | Declaration of Mila Kofman (DC Health Benefit Exchange Authority – HBX) |
| 36 | Declaration of Melisa Byrd (DC Department of Health Care Finance – Medicaid) |
| 37 | Declaration of Lindsey Palmer (DC Office of the State Superintendent of Education – Nutrition Programs) |