XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
ANNA RICH, State Bar No. 230195
Deputy Attorneys General
   1515 Clay Street, 20th Floor
   P.O. Box 70550
   Oakland, CA  94612-0550
   Telephone: 510-879-0296
   Fax: 510-622-2270
   E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA and STATE OF OREGON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN, in his official capacity as Acting Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services, <br><br> Defendants. | Case No. 3:19-cv-04975 <br><br> **DECLARATION OF ANNA RICH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge:      Hon. Jacqueline Scott Corley <br> Trial Date:   None Set <br> Action Filed:  August 16, 2019 |

I, Anna Rich, declare as follows:

1

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Deputy Attorney General with the California Department of Justice, and am counsel of record for Plaintiff the State of California in this matter.

3. On August 26, 2019, I filed an Administrative Motion to Exceed Applicable Page Limits for Plaintiffs' Motion for Preliminary Injunction. Attached to that Administrative Motion is a Motion for Preliminary Injunction (Exhibit A) filed by Plaintiff States seeking to prevent Defendants from implementing a rule recently issued by Defendants, "Inadmissibility on Public Charge Grounds," 84 Fed. Reg. 41,292 (Aug. 14, 2019) (to be codified at 8 C.F.R. Parts 103, 212-14, 245, 248) (Rule).

4. The States have attempted in good faith to adhere to this Court's page limit, but are unable to do so in light of the amount of evidence (including 37 supporting declarations) and the complexity of the legal issues presented by this case and Defendants' 217-page Rule. Additional pages are necessary, for example, to adequately discuss the statutory history of the public charge law in the INA; the current Public Charge Rule's provisions and departures from previous agency determinations of public charge inadmissibility; how the Public Charge Rule will create a chilling effect that will impact communities far beyond the immigrants that the Rule directly regulates; how the Rule is exceeds Defendants' statutory authority and is arbitrary and capricious; and the nature and extent of the irreparable harm facing Plaintiff States if a preliminary injunction is not granted.

5. Plaintiff States were not able to meet and confer with Defendants concerning this request for additional pages because counsel for Defendants have not yet appeared in this litigation or submitted notices of appearance. Therefore, Plaintiff States were not able to obtain a stipulation from Defendants concerning the relief sought in this Motion.

6. If this Administrative Motion is granted, Plaintiff States would not oppose a request from Defendants (collectively) seeking leave to file excess pages in response to Plaintiffs' PI Motion, where Defendants' response would also be limited to 35 pages total.

2

Decl. of William H. Downer in Supp. of Admin. Mot. to Exceed Applicable Page Limits (3:19-cv-04975)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 26, 2019, at Oakland, California.

*Anna Rich*
Deputy Attorney General

SA2018100389
14044925.docx

3

Decl. of William H. Downer in Supp. of Admin. Mot. to Exceed Applicable Page Limits (3:19-cv-04975)