IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** AND **STATE OF OREGON,**<br><br>                                    Plaintiffs,<br><br>    **v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**<br><br>                                    Defendants | Case No. 3:19-cv-04975<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

On August 26, 2019, Plaintiff States filed an Administrative Motion to Exceed Applicable Page Limits under N.D. Cal. Civil Local Rule 7-11 for an order authorizing them to file an oversize brief in excess of the page limit in support of their Motion for Preliminary Injunction, which was filed as an attachment to the Administrative Motion. Plaintiff States request an

1

1  additional 10 pages—or 35 pages total—for their preliminary injunction motion. The applicable
2  rule (N.D. Cal. Civil Local Rule 7-2) would limit the preliminary injunction motion to 25 pages.
3      The Court has considered Plaintiff States' Administrative Motion to Exceed Applicable
4  Page Limits and documents filed therewith, and all of the papers on file in this action, and hereby
5  GRANTS Plaintiff States' Administrative Motion.
6      Now, therefore, it is hereby ORDERED that:
7      Plaintiff States may file a Memorandum of Points and Authorities in support of the Motion
8  for Preliminary Injunction, which has been filed concurrently with this request.
9      **IT IS SO ORDERED.**

Dated: _____  _____
                                                                            HON. JACQUELINE SCOTT CORLEY
                                                                            UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Plaintiffs Admin. Mot. to Exceed Applicable Page Limit (3:19-cv-04975)