1 | XAVIER BECERRA
Attorney General of California
2 | MICHAEL L. NEWMAN
Senior Assistant Attorney General
3 | CHEROKEE DM MELTON
Supervising Deputy Attorney General
4 | JENNIFER C. BONILLA
LISA CISNEROS
5 | JULIA HARUMI MASS
ANITA GARCIA VELASCO
6 | BRENDA AYON VERDUZCO
ANNA RICH, State Bar No. 230195
7 | Deputy Attorneys General
   1515 Clay Street, 20th Floor
8 |  P.O. Box 70550
    Oakland, CA  94612-0550
9 |  Telephone: 510-879-0296
    Fax: 510-622-2270
10 |  E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*

11

12

13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17 | **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** and **STATE OF OREGON,**

Case No. 4:19-cv-04975-PJH

18

19

20 | Plaintiffs,

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

21 | v.

22 | **U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**

Date:          October 2, 2019
Time:          9:00 a.m.
Dept:          Courtroom 3, 3rd Floor
Judge:        Hon. Phyllis J. Hamilton
Trial Date:   Not set
Action Filed:  August 16, 2019

23

24

25

26

27 | Defendants.

28

**TO THE DEFENDANTS AND THEIR COUNSELS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 2, 2019, at 9:00 a.m., in Courtroom 3 of the above-entitled court, at 1301 Clay Street, Oakland, California, Plaintiffs the State of California, the District of Columbia, the State of Maine, the Commonwealth of Pennsylvania, and the State of Oregon will move under Local Rule 7-2 for a preliminary injunction enjoining implementation of the Rule, "Inadmissibility on Public Charge Grounds," 84 Fed. Reg. 41,292 (Aug. 14, 2019) (to be codified at 8 C.F.R. Parts 103, 212-14, 245, 248) (Public Charge Rule).

Because the Public Charge Rule violates the Administrative Procedure Act (APA) and will cause irreparable harm, and because the equities and public interest weigh in Plaintiffs' favor, Plaintiffs seek a preliminary injunction enjoining enforcement and implementation of the Rule by Defendants the U.S. Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS), Acting Secretary of DHS Kevin McAleenan, and Acting Director of USCIS Kenneth Cuccinelli (collectively, Defendants), or an order postponing the effective date of the Rule pending judicial review, pursuant to 5 U.S.C. § 705.

This motion is based on this notice, the previously noticed and filed Motion and Memorandum of Points and Authorities (ECF Dkt. No. 17), the Declarations of Patrick Allen, David H. Aizuss, Cathy Buhrig, Melisa Byrd, Mari Cantwell, Wilma Chan, Colleen Chawla, Lisa Cisneros, Carmela Coyle, Charity Dean, Pia Escudero, Susan Fanelli, Alexis Carmen Fernández, Barbara Ferrer, Colt Gill, Gary Gray, Jennifer Hernandez, Jodi Hicks, Antonia Jiménez, Sasha R. Kergan, Kevin Kish, Mila Kofman, Laurel Lucia, Doug McKeever, Lori Medina, Sarah Neville-Morgan, Fairborz Pakseresht, Lindsey Palmer, Anthony Pelotte, Ninez Ponce, Michelle Probert, M. Marcela Ruiz, Margaret Salazar, John Stobo, Debbi Thomson, Jennifer Van Hook, Tom Wong (ECF Dkt. 18, 20), this Court's file, and any matters properly before the Court.

1

2

3      Dated:  August 28, 2019                        Respectfully Submitted,

4

5                                                     XAVIER BECERRA
                                                      Attorney General of California
                                                      MICHAEL L. NEWMAN
6                                                     Senior Assistant Attorney General
                                                      CHEROKEE DM MELTON
7                                                     Supervising Deputy Attorney General
                                                      JENNIFER C. BONILLA
8                                                     LISA CISNEROS
                                                      WILLIAM DOWNER
9                                                     REBEKAH FRETZ
                                                      KATHERINE LEHE
10                                                    MARISSA MALOUFF
                                                      JULIA HARUMI MASS
11                                                    ANITA GARCIA VELASCO
                                                      BRENDA AYON VERDUZCO
12                                                    ERANDI ZAMORA

13                                                    /s/*Anna Rich*_____
                                                      Anna Rich
14                                                    Deputy Attorneys General
                                                      *Attorneys for Plaintiff State of California*
15
      SA2018100389
16

17

18

19

20

21

22

23

24

25

26

27

28