UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 19-cv-04975-PJH<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 39 |
|---|---|

On September 4, 2019, the parties filed a stipulation to alter the briefing schedule for plaintiffs' motion for preliminary injunction. Dkt. 39. The motion was noticed on a 35-day briefing schedule pursuant to Civ. L.R. 7-2(a), which affords the court two weeks to consider the fully-briefed motion prior to hearing. The parties have stipulated to delay their briefing deadlines—but not the hearing date—by more than a week. Given that the motion seeks to enjoin implementation of a regulation prior to its planned effective date of October 15, 2019, the court declines to delay the hearing date.

Given the court's need to consider the parties' submissions prior to the hearing, the court declines to enter the parties' stipulation as an order. However, the court is amenable to a shorter extension of filing deadlines. The deadline for defendants to oppose plaintiffs' motion for preliminary injunction is hereby RESCHEDULED to September 13, 2019, which affords defendants additional time to oppose plaintiffs' 35-page motion. Plaintiffs' deadline to reply is RESCHEDULED to September 20, 2019,

/ / /

/ / /

1  which provides them with the length of time the standard briefing schedule would have
2  allowed.
3  **IT IS SO ORDERED.**
4  Dated:  September 4, 2019

PHYLLIS J. HAMILTON
United States District Judge