AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-4975-PJH |
| U.S. Dep't of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Asian Americans Advancing Justice | AAJC, AALDEF, NWLC, and see appendix.

Date: 09/10/2019

/s/ Emily Tomoko Kuwahara
*Attorney's signature*

Emily Tomoko Kuwahara (Bar No. 252411)
*Printed name and bar number*

Crowell & Moring, LLP
515 S. Flower St., Suite 4000
Los Angeles, CA 90071

*Address*

ekuwahara@crowell.com
*E-mail address*

(213) 443-5556
*Telephone number*

(213) 622-2690
*FAX number*

**Appendix – List of 58 Other Amici**

9to5, National Association of Working Women

Anti-Defamation League

Apna Ghar, Inc. (Our Home)

Asian Americans Advancing Justice - Asian Law Caucus

Asian Americans Advancing Justice-Atlanta

The Asian & Latino Solidarity Alliance of Central Virginia

The Asian Law Alliance

The Asian Pacific American Legal Resource Center

Asian Pacific Community in Action

Asian Pacific Development Center

The Association of Asian Pacific Community Health Organizations

The California Asian Pacific Islander Legislative Caucus

The Center on Reproductive Rights and Justice at UC Berkeley School of Law

The Chicago Alliance Against Sexual Exploitation

Chinese-American Planning Council

Chinese for Affirmative Action

The Coalition on Human Needs

The Colorado Organization for Latina Opportunity and Reproductive Rights

The Connecticut Women's Education and Legal Fund

EMBARC

End Rape on Campus

Equal Rights Advocates

The Fred T. Korematsu Center for Law and Equality

Girls Inc.

GLBTQ Legal Advocates & Defenders

If/When/How: Lawyering for Reproductive Justice

In Our Own Voice: National Black Women's Reproductive Justice Agenda

| | |
|---|---|
| 1 | In the Public Interest |
| 2 | The Japanese American Citizens League |
| 3 | KWH Law Center for Social Justice and Change |
| 4 | LatinoJustice PRLDEF |
| 5 | The MinKwon Center for Community Action |
| 6 | National Advocates for Pregnant Women |
| 7 | The National Korean American Service & Education Consortium |
| 8 | The National Asian Pacific American Women's Forum |
| 9 | The National Coalition for Asian Pacific Americans Community Development |
| 10 | National Crittenton |
| 11 | The National Immigrant Justice Center |
| 12 | The National Immigrant Women's Advocacy Project |
| 13 | The National Partnership for Women & Families |
| 14 | Oasis Legal Services |
| 15 | OCA – Asian Pacific American Advocates |
| 16 | The Oklahoma Coalition for Reproductive Justice |
| 17 | OneAmerica |
| 18 | Planned Parenthood Federation of America |
| 19 | Population Connection |
| 20 | The Reproductive Health Access Project |
| 21 | Services, Immigrant Rights, and Education Network |
| 22 | Sexuality Information and Education Council of the United States |
| 23 | Sikh American Legal Defense and Education Fund |
| 24 | South Asian Americans Leading Together |
| 25 | Southeast Asia Resource Action Center |
| 26 | Transgender Law Center |
| 27 | The Union for Reform Judaism |
| 28 | The Washington Lawyers' Committee for Civil Rights and Urban Affairs |

The Women's Bar Association of the State of New York

The Women's Law Center of Maryland, Inc.

Women Lawyers On Guard Inc.