AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of California, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:19-cv-4975-PJH |
| U.S. Dep't of Homeland Security, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Asian Americans Advancing Justice | AAJC, AALDEF, NWLC, and see appendix.

Date: 09/10/2019

/s/ Austin Joan Sutta
*Attorney's signature*

Austin Joan Sutta  (Bar No. 300425)
*Printed name and bar number*

Crowell & Moring, LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111

*Address*

asutta@crowell.com
*E-mail address*

(415) 986-2800
*Telephone number*

(415) 986-2827
*FAX number*

**Appendix – List of 58 Other Amici**

1. 9to5, National Association of Working Women
2. Anti-Defamation League
3. Apna Ghar, Inc. (Our Home)
4. Asian Americans Advancing Justice - Asian Law Caucus
5. Asian Americans Advancing Justice-Atlanta
6. The Asian & Latino Solidarity Alliance of Central Virginia
7. The Asian Law Alliance
8. The Asian Pacific American Legal Resource Center
9. Asian Pacific Community in Action
10. Asian Pacific Development Center
11. The Association of Asian Pacific Community Health Organizations
12. The California Asian Pacific Islander Legislative Caucus
13. The Center on Reproductive Rights and Justice at UC Berkeley School of Law
14. The Chicago Alliance Against Sexual Exploitation
15. Chinese-American Planning Council
16. Chinese for Affirmative Action
17. The Coalition on Human Needs
18. The Colorado Organization for Latina Opportunity and Reproductive Rights
19. The Connecticut Women's Education and Legal Fund
20. EMBARC
21. End Rape on Campus
22. Equal Rights Advocates
23. The Fred T. Korematsu Center for Law and Equality
24. Girls Inc.
25. GLBTQ Legal Advocates & Defenders
26. If/When/How: Lawyering for Reproductive Justice
27. In Our Own Voice: National Black Women's Reproductive Justice Agenda


1. In the Public Interest
2. The Japanese American Citizens League
3. KWH Law Center for Social Justice and Change
4. LatinoJustice PRLDEF
5. The MinKwon Center for Community Action
6. National Advocates for Pregnant Women
7. The National Korean American Service & Education Consortium
8. The National Asian Pacific American Women's Forum
9. The National Coalition for Asian Pacific Americans Community Development
10. National Crittenton
11. The National Immigrant Justice Center
12. The National Immigrant Women's Advocacy Project
13. The National Partnership for Women & Families
14. Oasis Legal Services
15. OCA – Asian Pacific American Advocates
16. The Oklahoma Coalition for Reproductive Justice
17. OneAmerica
18. Planned Parenthood Federation of America
19. Population Connection
20. The Reproductive Health Access Project
21. Services, Immigrant Rights, and Education Network
22. Sexuality Information and Education Council of the United States
23. Sikh American Legal Defense and Education Fund
24. South Asian Americans Leading Together
25. Southeast Asia Resource Action Center
26. Transgender Law Center
27. The Union for Reform Judaism
28. The Washington Lawyers' Committee for Civil Rights and Urban Affairs

1. The Women's Bar Association of the State of New York
2. The Women's Law Center of Maryland, Inc.
3. Women Lawyers On Guard Inc.