1  CROWELL & MORING LLP
   Emily Tomoko Kuwahara (SBN 252411)
2  Christopher Cadena (SBN 284834)
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: 213.622.4750
4  Facsimile: 213.622.2690
   ekuwahara@crowell.com
5  ccadena@crowell.com

6  CROWELL & MORING LLP
   Austin Sutta (SBN 300425)
7  3 Embarcadero Center, 26th Floor
   San Francisco, CA 94111
8  Telephone: 415.986.2800
   Facsimile: 415.986.2827
9  asutta@crowell.com

10 *Attorneys for Amici Curiae*
   *Asian Americans Advancing Justice | AAJC,*
11 *Asian American Legal Defense and Education Fund, and*
   *National Women's Law Center*
12 *And 58 other amici curiae*

13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17 STATE OF CALIFORNIA, DISTRICT OF       Case No. 4:19-cv-4975-PJH
   COLUMBIA, STATE OF MAINE,
18 COMMONWEALTH OF                        **UNOPPOSED MOTION FOR LEAVE TO**
   PENNSYLVANIA and STATE OF              **FILE BRIEF OF *AMICI CURIAE* ASIAN**
19 OREGON,                                **AMERICANS ADVANCING JUSTICE |**
                                          **AAJC, ASIAN AMERICAN LEGAL**
20                Plaintiffs,             **DEFENSE AND EDUCATION FUND,**
                                          **NATIONAL WOMEN'S LAW CENTER**
21        v.                              **AND 58 OTHER *AMICI* IN SUPPORT OF**
                                          **PLAINTIFFS' MOTION FOR**
22 U.S. DEPARTMENT OF HOMELAND            **PRELIMINARY INJUNCTION**
   SECURITY; KEVIN McALEENAN, in his
23 official capacity as Acting Secretary of
   Homeland Security; U.S. CITIZENSHIP
24 AND IMMIGRATION SERVICES; and
   KENNETH T. CUCCINELLI, in his
25 official capacity as Acting Director of U.S.
   Citizenship and Immigration Services,
26
                  Defendants.
27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Asian Americans Advancing Justice | AAJC ("Advancing Justice - AAJC"), Asian American Legal Defense and Education Fund ("AALDEF"), National Women's Law Center ("NWLC"), and 58 other *Amici*[1] move for leave to file a brief as amici curiae in support of Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 17). A copy of the proposed amicus brief is attached to this motion as Exhibit A. Plaintiffs consent to this filing, and Defendants do not oppose.

District courts possess "broad discretion" to determine when granting such leave is appropriate. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). Accordingly, "[d]istrict courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citation omitted). Here, *amici* play "the classic role of amicus curiae . . . in a case of general public interest [by] . . . supplementing the efforts of counsel[] and drawing the court's attention to law that might otherwise escape consideration." *Funbus Sys., Inc. v. State of Cal. Pub. Utilities Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986) (citation omitted).

*Amici*'s deep experience and expertise in immigration issues and the communities impacted by the "public charge" regulation warrant their participation in this litigation. The three leading *amici* organizations are Advancing Justice –AAJC, AALDEF, and NWLC. Advancing Justice – AAJC is one of the nation's leading experts on issues of importance to the Asian American community, including immigration and immigrants' rights. AALDEF works with Asian American communities across the country to secure human rights for all. NWLC is dedicated to the advancement and protection of the legal rights of women and girls. They have extensive experience in immigration and immigrants' rights and the communities impacted by this new

---

[1] The 58 other *amici* are provided in Appendix A to the attached amicus brief.

regulation, which gives *amici* a strong interest in ensuring that the new standards for a "public charge" do not deprive the right of immigrants, especially immigrants of color.

*Amici*'s deep experience and expertise in immigration issues also give them an important perspective to offer the Court regarding the issues central to Plaintiffs' motion for preliminary injunction. For example, *amici* have extensively interacted with immigrant communities of color. Their experience is essential for demonstrating the repercussions of the new standards of a "public charge." Such experience has unquestionably lent them "perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming*, 355 F. Supp. 2d at 1067.

For all the foregoing reasons, *amici* respectfully request that the Court grant leave to file the attached amicus curiae brief.

Dated: September 10, 2019

CROWELL & MORING LLP

*s/ Emily T. Kuwahara*

Emily T. Kuwahara
Christopher Cadena
Austin Sutta
CROWELL & MORING LLP

*Attorneys for Amici Curiae*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

MOTION FOR LEAVE TO FILE BRIEF OF AMICUS
CURIAE AAJC, AALDEF, NWLC ISO PF'S MOT. FOR PI
CASE NO. 4:19-CV-4975-PJH