JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS, SBN 220932
Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
Trial Attorney
KUNTAL V. CHOLERA
Trial Attorney
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-7664
joshua.kolsky@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 19-cv-4975-PJH <br><br> **[PROPOSED] ORDER EXTENDING PAGE LIMITATION APPLICABLE TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having considered the parties' Stipulation Re Extension of Page Limitation Applicable to Defendants' Opposition to Motion for Preliminary Injunction, hereby **ORDERS** as follows:

Defendants may file an opposition to Plaintiffs' Motion for Preliminary Injunction of up to 35 pages in length.

1  **IT IS SO ORDERED.**

2  Dated: September 12, 2019

3  _____
   The Honorable Phyllis J. Hamilton
   United States District Judge