XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
JULIA HARUMI MASS
ANITA GARCIA VELASCO
ANNA RICH
BRENDA AYON VERDUZCO, State Bar No. 315117
Deputy Attorneys General
   1515 Clay Street, 20th Floor
   P.O. Box 70550
   Oakland, CA  94612-0550
   Telephone: 510-879-0981
   Fax: 510-622-2270
   E-mail:  Brenda.AyonVerduzco@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** and **STATE OF OREGON,**<br><br>                     Plaintiffs,<br><br>    **v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**<br><br>                     Defendants. | Case No. 4:19-cv-04975-PJH<br><br>**PLAINTIFFS' NOTICE OF FILING OF AMENDED DECLARATION**<br><br>Date:         October 2, 2019<br>Time:        9:00 a.m.<br>Dept.:        Courtroom 3, 3rd Floor<br>Judge:       Hon. Judge Phyllis J. Hamilton<br>Trial Date:   Not set<br>Action Filed: August 16, 2019 |

1   Plaintiffs respectfully submit this Notice of Filing of Amended Declaration to correct the
2   record for the Court with respect to two drafting errors contained in the Declaration of Jennifer
3   Van Hook, filed on August 26, 2019, as part of the Appendix (Attachment #1, Declaration of
4   Jennifer Van Hook), in support of Plaintiffs' Motion for Preliminary Injunction in the above
5   captioned case (Dkt No. 18).  The attached Supplemental Declaration of Jennifer Van Hook
6   explains the errors that have been corrected in the Amended Declaration of Jennifer Van Hook
7   (Amended Decl.), filed concurrently herewith.  Also included in the Amended Decl. is Exhibit D,
8   which was inadvertently omitted when the Declaration was filed on August 26, 2019.  Exhibit D
9   contains the full list of noncitizens exempt from the public charge ground of inadmissibility
10  outlined in the regulation issued by Defendants at 84 Fed. Reg. 41,504-41,505.

11  On September 12, 2019, Counsel for California informed Counsel for Defendants of these
12  errors and that an Amended Declaration to correct the record was forthcoming.  At that time,
13  Counsel for California also notified Counsel for Defendants that the corrections to be made in the
14  Amended Decl. are reflected in the Declaration of Jennifer Van Hook filed on September 04,
15  2019 in the related case, *La Clínica de la Raza et al. v. Trump*, 4:19-cv-04980 (N.D. Cal.) (Dkt
16  No. 39).

17  Thus, Plaintiffs are concurrently filing a Supplemental Declaration of Jennifer Van Hook
18  that corrects the two errors discussed above, and an Amended Decl. that contains the corrections
19  made, attaches Exhibit D, and makes no other changes.  The date of signing has also been
20  changed to certify this submission.

Dated: September 18, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
WILLIAM DOWNER
REBEKAH FRETZ
KATHERINE LEHE
MARISSA MALOUFF
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
ERANDI ZAMORA

/s/**_Brenda Ayon Verduzco_**
Brenda Ayon Verduzco
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

SA2018100389