1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  CHEROKEE DM MELTON
   Supervising Deputy Attorney General
4  JENNIFER C. BONILLA
   LISA CISNEROS
5  JULIA HARUMI MASS
   ANITA GARCIA VELASCO
6  BRENDA AYON VERDUZCO
   ANNA RICH, State Bar No. 230195
7  Deputy Attorneys General
     1515 Clay Street, 20th Floor
8    P.O. Box 70550
     Oakland, CA  94612-0550
9    Telephone: 510-879-0296
     Fax: 510-622-2270
10   E-mail:  Anna.Rich@doj.ca.gov
   *Attorneys for Plaintiff State of California*
11
   *Additional Counsel Listed on Signature Page*
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** and **STATE OF OREGON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**<br><br>Defendants. | Case No. 4:19-cv-04975-PJH<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER VAN HOOK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  October 2, 2019<br>Time:  9:00 a.m.<br>Dept:  Courtroom 3, 3rd Floor<br>Judge:  Hon. Judge Phyllis J. Hamilton<br>Trial Date:  Not set<br>Action Filed:  August 16, 2019 |

I, Jennifer Van Hook, declare as follows:

1. I am Roy C. Buck Professor of Sociology and Demography at the Pennsylvania State University. Currently, I am the director of graduate studies in Sociology at Penn State. I am also a non-resident fellow at the Migration Policy Institute.

2. On August 26, 2019, I signed a declaration in support of Plaintiffs' Motion for Preliminary Injunction in the above caption case and docketed on the Court's electronic filing system (ECF) as Dkt No. 18, Attachment #1 (Declaration).

3. I recently discovered two minor errors I would like to bring to the Court's attention. First, on page 16 of the Declaration, footnote 28 states that, "the 2008 SIPP interviewed 10,501 individuals in its first wave." In that sentence, I inadvertently omitted the words "foreign-born." Thus, as corrected, the sentence reads, "For example, the 2008 SIPP interviewed 10,501 foreign-born individuals in its first wave."

4. Second, on page 20, ¶ 45 of the Declaration states that, "Also, Asians are significantly less likely than Whites to be economically inactive, but again, the differences are substantively small." This sentence was inadvertently included in the Declaration but should have been omitted because, the significance test, while close, was not statistically significant at the .05 level.

5. To correct the record for the Court, I am submitting an Amended Declaration of Jennifer Van Hook, which corrects the errors noted here. I have not made any other changes to the Declaration I filed on August 26, 2019, in support of Plaintiffs' Motion for Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 18, 2019 in State College, Pennsylvania.

Jennifer L. Van Hook
Roy C. Buck Professor of Sociology
Director, Graduate Program in Sociology
Pennsylvania State University

1