CITY AND COUNTY OF SAN FRANCISCO



DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

SARA J. EISENBERG
Deputy City Attorney

Direct Dial:   (415) 554-4633
Email:         sara.eisenberg@sfcityatty.org

October 7, 2019

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
Oakland Courthouse
1301 Clay Street, Courtroom 3
Oakland, CA 94612

Re:   *City and County of San Francisco et al. v. U.S. Citizenship and Immigration Services, et al.*, Case No. 19-cv-4717-PJH; *State of California, et al. v. U.S. Department of Homeland Security, et al.*, Case No. 19-cv-04975-PJH; *La Clinica De La Raza, et al. v. Trump et al.*, Case No. 19-cv-04980-PJH

Dear Judge Hamilton:

Counsel for plaintiffs in the above-referenced cases have met and conferred with counsel for defendants.  Unfortunately, counsel were unable to agree on a stipulated proposed injunction. Accordingly, pursuant to the Court's order, and without waiving their argument that a nationwide injunction is appropriate and warranted in the circumstances presented, plaintiffs submit the attached proposed preliminary injunction for the Court's consideration.

Very truly yours,

DENNIS J. HERRERA
City Attorney of San Francisco

*/s/ Sara J. Eisenberg*

SARA J. EISENBERG
Deputy City Attorney

JAMES R. WILLIAMS
County Counsel of Santa Clara

*/s/ Raphael N. Rajendra*

RAPHAEL N. RAJENDRA
Deputy County Counsel

XAVIER BECERRA
Attorney General of California

*/s/ Anna Rich*

ANNA RICH
Deputy Attorney General

NATIONAL IMMIGRATION
LAW CENTER

*/s/ Nicholas Espíritu*

NICHOLAS ESPÍRITU