XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
KATHERINE LEHE
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
ANNA RICH
LISA CISNEROS, State Bar No. 251473
Deputy Attorneys General
  455 Golden Gate Ave.
  Suite 11000
  San Francisco, CA  94102-7004
  Telephone: 415-510-3438
  E-mail:  Lisa.Cisneros@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA** and **STATE OF OREGON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES;** and **KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services**,**<br><br>Defendants. | Case No. 4:19-cv-04975-PJH<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS** |

Pursuant to this Court's Civil Local Rules, Rule 7-3(d)(2), the Plaintiff States submit this statement to bring to the Court's attention the attached relevant judicial opinion issued in *Casa de Maryland, Inc. et al. v. Trump et al.*, No. 8:19-cv-02715-PWG (D. Md. Nov. 14, 2019), denying Defendants' Motion for Stay of Preliminary Injunction Pending Appeal, ECF No. 69.

In addition, in *Cook County., Illinois v. McAleenan*, (N.D. Ill. Nov. 14, 2019) the court denied Defendants' Motion for a Stay of Injunction Pending Appeal, ECF No. 90. The court issued its ruling orally, which is noted on the docket at ECF No. 104. The court also corrected non-substantive errors, most of which involved citations, in its preliminary injunction opinion, ECF 86. ECF Nos. 105-106. The corrected memorandum opinion and order is attached.

Dated:  November 15, 2019          Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
KATHERINE LEHE
MARISSA MALOUFF
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
ANNA RICH

/s/*Lisa Cisneros*_____
Lisa Cisneros
Deputy Attorney General
lisa.cisneros@doj.ca.gov
*Attorneys for Plaintiff State of California*