**FILED**

UNITED STATES COURT OF APPEALS

DEC 20 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>        Defendants-Appellants. | No.   19-17213<br><br>D.C. No. 4:19-cv-04717-PJH<br>Northern District of California, Oakland<br><br><br>ORDER |
| STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF MAINE; COMMONWEALTH OF PENNSYLVANIA; STATE OF OREGON,<br><br>        Plaintiffs-Appellees,<br><br>v. | No.   19-17214<br><br>D.C. No. 4:19-cv-04975-PJH<br>Northern District of California, Oakland |

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>            Defendants-Appellants. | |
| STATE OF WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, Attorney General on behalf of the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; STATE OF HAWAII,<br><br>            Plaintiffs-Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as | No.   19-35914<br><br>D.C. No. 4:19-cv-05210-RMP<br>Eastern District of Washington, Richland |

| |
|---|
| Acting Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>               Defendants-Appellants. |

Before:  Before:  BYBEE, IKUTA, and OWENS, Circuit Judges

Defendants are directed to file responses to Plaintiffs' motions for reconsideration en banc filed with this court on December 19, 2019. The response shall not exceed fifteen pages or 4,200 words, and shall be filed within twenty-one (21) days of the filed date of this order. Parties who are registered for Appellate ECF must file the brief electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response.