1   XAVIER BECERRA
    Attorney General of California
2   MICHAEL L. NEWMAN
    Senior Assistant Attorney General
3   CHEROKEE DM MELTON
    Supervising Deputy Attorney General
4   JENNIFER C. BONILLA
    LISA CISNEROS
5   KATHERINE LEHE
    ANNA RICH
6   ANITA GARCIA VELASCO
    BRENDA AYON VERDUZCO
7   JULIA HARUMI MASS, State Bar No. 189649
    Deputy Attorney General
8     1515 Clay Street, 20th Floor
      P.O. Box 70550
9     Oakland, CA  94612-0550
      Telephone:  (510) 879-3300
10    Fax:  (510) 622-2270
      E-mail:  Julia.Mass@doj.ca.gov
11  *Attorneys for Plaintiff State of California*

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17  **STATE OF CALIFORNIA, et al.,**          Case No. 4:19-cv-04975-PJH

18                          Plaintiffs,        **ERRATA RE DECLARATION OF LISA CISNEROS IN SUPPORT OF**
19              v.                             **PLAINTIFF STATES' MOTION TO COMPEL COMPLETION OF**
20                                             **ADMINISTRATIVE RECORD AND**
    **U.S. DEPARTMENT OF HOMELAND SECURITY,**  **REQUEST FOR LEAVE TO SERVE**
21  **et al.,**                               **DISCOVERY**

22                          Defendants.

23

24          On January 29, 2020, Plaintiff States filed a Motion to Compel Completion of the

25  Administrative Record and Request for Leave to Serve Discovery (Motion).  Slipsheets

26  identifying Exhibits 33 and 34 to the Declaration of Lisa Cisneros (Cisneros Declaration) in

27  support of that Motion were inadvertently omitted.  Therefore, Plaintiff States submit this errata

28

                                              1

to advise the Court and the parties that:

- Exhibit 33 to the Cisneros Declaration begins at page 160 of ECF No. 142-3, and

- Exhibit 34 to the Cisneros Declaration begins at page 232 ECF No. 142-3.


Dated:  January 30, 2020                    Respectfully Submitted,

                                            XAVIER BECERRA
                                            Attorney General of California
                                            MICHAEL L. NEWMAN
                                            Senior Assistant Attorney General
                                            CHEROKEE DM MELTON
                                            Supervising Deputy Attorney General
                                            JENNIFER C. BONILLA
                                            LISA CISNEROS
                                            KATHERINE LEHE
                                            ANNA RICH
                                            ANITA GARCIA VELASCO
                                            BRENDA AYON VERDUZCO


                                            ___/s/ Julia Harumi Mass_____
                                            JULIA HARUMI MASS
                                            Deputy Attorney General
                                            *Attorneys for Plaintiff State of California*

2