FILED

FEB 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,<br><br>        Plaintiffs-Appellees,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>        Defendants-Appellants. | No.   19-17213<br><br>D.C. No. 4:19-cv-04717-PJH<br>Northern District of California, Oakland<br><br><br>ORDER |
| STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF MAINE; COMMONWEALTH OF PENNSYLVANIA; STATE OF OREGON,<br><br>        Plaintiffs-Appellees,<br><br>  v. | No.   19-17214<br><br>D.C. No. 4:19-cv-04975-PJH<br>Northern District of California, Oakland |

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>        Defendants-Appellants. | |
| STATE OF WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, Attorney General on behalf of the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; STATE OF HAWAII,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as | No.   19-35914<br><br>D.C. No. 4:19-cv-05210-RMP<br>Eastern District of Washington, Richland |

Acting Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,

        Defendants-Appellants.

Before: BYBEE, IKUTA, and OWENS, Circuit Judges

The panel judges have voted to deny the appellees' motions for reconsideration. Judge Bybee would recommend denial of the motions for reconsideration en banc. Judge Ikuta would vote to deny the motions. Judge Owens would vote to grant the motions.

The full court has been advised of the motions for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellees' motions for rehearing and petition for rehearing en banc, filed December 19. 2019, are DENIED.