XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
KATHERINE LEHE
ANNA RICH
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
JULIA HARUMI MASS, State Bar No. 189649
Deputy Attorney General
State Bar No. 189649
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-3300
 Fax:  (510) 622-2270
 E-mail:  Julia.Mass@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | **Case No. 4:19-cv-04975-PJH**<br><br>**JOINT STATUS REPORT ON REMAINING DISPUTES OVER ADMINISTRATIVE RECORD**<br><br>Ctrm:           3<br>Judge:         Phyllis J. Hamilton<br>Trial Date:   None Set<br>Action Filed: August 16, 2019 |

The Parties submit this Joint Status Report to inform the Court's consideration of Plaintiffs' Motion to Complete the Administrative Record and Request for Leave to Serve Discovery, ECF No. 149 (Motion). Since the March 4, 2020 hearing, the parties have narrowed the scope of their

1

dispute with respect to Plaintiffs' request that Defendants include in the administrative record the U.S. Citizenship and Immigration Services (USCIS) article, *Public Charge Provisions of Immigration Law: A Brief Historical Background* (Article), and the studies and data regarding inadmissibility decisions on public charge grounds referenced in and related to the analysis presented in that article. Motion at 7. There has been no change in the parties' positions with respect to other categories of documents that are the subject of the Motion.

In their opposition brief, Defendants agreed to add the Article and "data, articles, and relevant portions of books cited therein to the administrative record." Opp. at 8; ECF No. 151 at 16. On February 26, 2020, Defendants provided Plaintiffs with the Article, articles and other sources cited therein, including excerpts of books and immigration data cited in the Article. On March 11, 2020, at Plaintiffs' request, Defendants also provided the 1949 version of 8 C.F.R. § 110.42 that was cited in the Article. Plaintiffs reviewed the material and conferred with Defendants about the excerpted nature of materials provided and what Plaintiffs believe is the absence of certain data. The Parties now summarize their respective positions regarding these materials.

First, with respect to the excerpted books cited in the Article, Plaintiffs will attempt to obtain publicly available copies of the books. If Plaintiffs find that any of the materials are not publicly available, they will seek complete copies from Defendants. Defendants will consider reasonable requests by Plaintiffs for additional pages if Plaintiffs cannot obtain them through other means. Defendants reserve their right to object to the Court's consideration of extra-record evidence, including uncited portions of the excerpted materials, to the extent Plaintiffs seek to rely upon those materials at the merits stage.

Second, as noted above, Defendants produced certain immigration data for various years cited in the Article. Defendants did not produce such data for the years 1920-65, 1981-82, 1988, 1990, and 2018. Defendants informed Plaintiffs that such data was not considered by USCIS with respect to the Article or the Rule, and data for those years is not presented in the Article or the Rule. Plaintiffs contend production and consideration of this extra-record evidence is permitted under the exceptions recognized in *Pub. Power Council v. Johnson*, 674 F.2d 791, 794

(9th Cir. 2013). Defendants contend that (1) the data do not fall within any exception to the APA's record review limitation and (2) there is no basis for discovery of these data, or any other information, in this case.

Third, Plaintiffs requested that Defendants add Department of State visa approval data for Fiscal Years 1920-2018 to the administrative record. Defendants responded that they did not consider such data in relation to the Article or the Rule. Plaintiffs contend production and consideration of this extra-record evidence is permitted under the exceptions recognized in *Pub. Power Council*, 674 F.2d at 794.[1] Defendants contend that (1) the data do not fall within any exception to the APA's record review limitation and (2) there is no basis for discovery of these data, or any other information, in this case.

Dated: March 27, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER C. BONILLA
LISA CISNEROS
KATHERINE LEHE
ANNA RICH
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO

/s/ Julia Harumi Mass

JULIA HARUMI MASS
Deputy Attorney General
*Attorneys for State of California*

---

[1] Plaintiffs note that with the exception of 2003 and 2008, Department of State approval rates for the years 2000-2018 are publicly available.

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua M. Kolsky* _
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

**ATTESTATION OF CONSENT TO FILE ELECTRONIC SIGNATURE**

    I, Julia Harumi Mass, attest that I have obtained the concurrence of Joshua M. Kolsky to file this document with his electronic signature.

Dated:  March 27, 2020                    _/s/ Julia Harumi Mass_
                                                                 JULIA HARUMI MASS