XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
ANNA RICH, State Bar No. 230195
JENNIFER C. BONILLA
LISA CISNEROS
REBEKAH FRETZ
KATHERINE LEE
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0296
 Fax:  (510) 622-2270
 E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA AND STATE OF OREGON,<br><br>                              Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>                              Defendants. | Case No. 4:19-cv-04975-PJH<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>Dept:         Courtroom 3, 3rd Floor<br>Judge:        Hon. Phyllis Hamilton<br>Trial Date:   Not set.<br>Action Filed: August 16, 2019 |

PLEASE TAKE NOTICE that Plaintiffs the State of California, the District of Columbia, the State of Maine, the State of Oregon, and the Commonwealth of Pennsylvania do not oppose Defendants' Motion for Miscellaneous Administrative Relief, ECF No. 163, to extend the deadline for filing their reply in support of their motion to dismiss to June 3, 2020, or to change the hearing date for that motion to June 17, 2020.

Dated: May 13, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General
JENNIFER BONILLA
LISA CISNEROS
REBEKAH FRETZ
KATHERINE LEHE
JULIA HARUMI MASS
ANITA GARCIA VELASCO
BRENDA AYON VERDUZCO

   /s/Anna Rich
ANNA RICH
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

KARL A. RACINE
Attorney General for the District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General
Public Advocacy Division
ALACOQUE HINGA NEVITT
Assistant Attorney General
441 4th Street, N.W.
Washington, DC 20001
Tel (202) 724-6532
Fax (202) 730-1900
Alacoque.nevitt@dc.gov
*Attorneys for Plaintiff District of Columbia*

ELLEN ROSENBLUM
Attorney General of Oregon
NICOLE DEFEVER
Assistant Attorneys General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
(503) 378-4402
Benjamin.Gutman@doj.state.or.us
Nicole.Defever@doj.state.or.us
Patty.Rincon@doj.state.or.us
*Attorneys for Plaintiff State of Oregon*

| | | |
|---|---|---|
| 1 | AARON M. FREY<br>Attorney General of Maine | JOSH SHAPIRO<br>Attorney General for the Commonwealth of Pennsylvania |
| 2 | SUSAN P. HERMAN<br>Chief Deputy Attorney General | MICHAEL J. FISCHER<br>Chief Deputy Attorney General |
| 3 | 6 State House Station<br>Augusta, Maine 04333-0006 | AIMEE D. THOMSON<br>Deputy Attorney General |
| 4 | Tel (207) 626-8814<br>susan.herman@maine.gov | 1600 Arch St., Suite 300<br>Philadelphia, PA 19103 |
| 5 | *Attorneys for Plaintiff State of Maine* | Tel (267) 940-6696<br>athomson@attorneygeneral.gov |
| 6 | | *Attorneys for Plaintiff Commonwealth of Pennsylvania* |

SA2018100389
Plaintiffs Statement of Non-Opposition.docx