FILED

JAN 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,<br><br>        Plaintiffs-Appellees,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>        Defendants-Appellants. | No.   19-17213<br><br>D.C. No. 4:19-cv-04717-PJH<br>Northern District of California, Oakland<br><br><br>ORDER |
| STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF MAINE; COMMONWEALTH OF PENNSYLVANIA; STATE OF OREGON,<br><br>        Plaintiffs-Appellees,<br><br>  v. | No.   19-17214<br><br>D.C. No. 4:19-cv-04975-PJH<br>Northern District of California, Oakland |

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>    Defendants-Appellants. | |
| STATE OF WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, Attorney General on behalf of the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; STATE OF HAWAII,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as | No. 19-35914<br><br>D.C. No. 4:19-cv-05210-RMP Eastern District of Washington, Richland |

Acting Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,

              Defendants-Appellants.

Before:  SCHROEDER, W. FLETCHER, and VANDYKE, Circuit Judges.

Defendants-Appellants have moved to stay the issuance of this Court's mandate pending resolution of a petition for a writ of certiorari in this case, which Defendants-Appellants intend to file if the Supreme Court grants certiorari in either or both of the two parallel cases named below.  The motion is **GRANTED** as follows: the mandate is stayed pending the Supreme Court's final disposition of *Wolf v. Cook County, Illinois*, petition for cert. pending, No. 20-450 (filed Oct. 7, 2020) and *Department of Homeland Security v. New York*, petition for cert. pending, No. 20-449 (filed Oct. 7, 2020).  Fed. R. App. P. 41.